IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WARREN PASCHAL, JR, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>Doctor PETTY, *et al.*, :<br>:<br>Defendants. :<br>_____ : | Case No. 4:22-CV-19-CDL-MSH |

**ORDER**

Pending before the Court is Plaintiff's motion for leave to appeal (ECF No. 13). Plaintiff seeks to appeal the magistrate judge's preliminary screening Recommendation in which it allowed Plaintiff's claim against Defendant Petty to proceed for further factual development. Mot. for Leave to Appeal 1, ECF No. 13; Order & R. 4-9, May 2, 2022, ECF No. 10. "The law is settled that appellate courts are without jurisdiction to hear appeals directly from federal magistrates." *U.S. v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009) (internal quotation marks omitted). Accordingly, Plaintiff's motion for leave to appeal (ECF No. 13) is **DENIED**.

SO ORDERED, this 19th day of May, 2022.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE